**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 7, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00617-CV

## MOHAMMAD MOMAYAZI AND SORAYA DJAVADZADAH, Appellants

## V.

## MALCOLM SPILLMAN AND NATIONAL FREIGHT, INC., Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-61913**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 29, 2012. On July 16, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, McCally, and Busby.